UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIR PARVEZ,

                  Plaintiff,      22-cv-3896 (JGK)

    - against -               ORDER

ARTISTIC PIZZA INC. ET AL.,

                  Defendants.

---

JOHN G. KOELTL, District Judge:

The parties should appear by telephone for a conference on **June 15, 2022**, at **3:00 p.m.** Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           June 9, 2022

                                          John G. Koeltl
                                    United States District Judge