```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MONIR PARVEZ,

                Plaintiff,        22-cv-3896 (JGK)

    - against -               ORDER

ARTISTIC PIZZA INC. ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

As discussed during today's conference, any further communications between the parties should be made through their respective counsel. The Clerk is directed to close Docket No. 11.

The parties should submit a Rule 26(f) report by **July 15, 2022**.

SO ORDERED.

Dated:    New York, New York
           June 15, 2022

                                            John G. Koeltl
                                  United States District Judge