

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340
July 19, 2022

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Fax: (718) 504-6987
Email: diana@seolawgroup.com

**VIA ECF**
Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*[Handwritten: The July 21, 2022 Conference is cancelled. There is no longer a need for the Conference in view of the scheduling order. So ordered. /s/ JGKoeltl 7/21/22 U.S.D.J.]*

**Re:**   **Parvez v. Artistic Pizza Inc. et al.**
         Case No. 1:22-cv-03896

Dear Judge Koeltl:

This office represents Defendants in the above referenced matter. I submit this letter, and together with Plaintiff's counsel, to request for an adjournment of the parties' initial conference until after August 11, 2022. Per the Court's June 1, 2022 Minute Entry, the parties Initial Conference was set for July 21, 2022. However, Counsel for Defendants necessitated making such request as she has recently experienced an urgent family emergency and the circumstances require the Counsel to make an out-of-country trip until the beginning of August 2022. Counsel was also informed of Plaintiff Counsel's unavailability until August 11, 2022 due to a pre-arranged trip schedule.

This is the Parties' first request for an extension of time to adjourn Initial Conference and all Parties consented to this request.

Notwithstanding the foregoing, the parties have met-and-conferred pursuant to Fed.R.Civ.P. 16(b), and are prepared to submit the proposed case management plan attached hereto as **Exhibit "A"**, for the Court's consideration, pursuant to Your Honor's Individual Motion Practice Rule II(A).

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Seo Law Group, PLLC

By: __/s/ *Diana Seo*__
Diana Y. Seo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)